# OFFICE OF THE CIRCUIT MEDIATOR
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**EDWARD G. SMITH**
CHIEF CIRCUIT MEDIATOR
N. MYRTLE BEACH, SOUTH CAROLINA

**ROBIN R. TIDWELL**
CIRCUIT MEDIATOR
LEXINGTON, SOUTH CAROLINA
(803) 490-0447
Robin_Tidwell@ca4.uscourts.gov

**JEROME (JERRY) WOODS, II**
CIRCUIT MEDIATOR
ELKRIDGE, MARYLAND

August 14, 2026

Re: 26-1951, Jessica Seckman v. County of Fairfax

## NOTICE OF RESCHEDULED MEDIATION

Dear Counsel:

This letter confirms that the video zoom mediation conference has been rescheduled for **Tuesday, September 29, 2026 at 10:00am EASTERN**. You must provide our office with a direct telephone number for everyone participating in case of technical difficulties. Also, the mediation statements are now due on **Friday, September 25, 2026 at 12:00pm EASTERN**. We will send the same link that was in our scheduling letter the day before the mediation.

Thank you for your assistance in this matter.

Sincerely,

Lucille Payne
Program Administrator for
Robin R. Tidwell
Circuit Mediator

Copies: Joshua Harry Erlich
Katherine Ellen Stott